1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3
   SUMMER A. JOHNSON
4  Assistant United States Attorney
   R. THOMAS COLONNA
5  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
6  Las Vegas, Nevada 89101
   Telephone: (702) 388-6552
7  Summer.Johnson@usdoj.gov
   Richard.Colonna@usdoj.gov
8
   *Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEIL ANDREW STICKNEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01827-JAD-BNW<br><br>**Stipulation to Extend Time to File Joint Pretrial Order**<br><br>**(Fifth Request)** |

　　　The parties are scheduled to participate in a Settlement Conference on October 1, 2025, at 10:00 a.m. via Zoom, pursuant to this Court's Order (ECF No. 21). At present, the only remaining case deadline is the filing of the proposed Joint Pretrial Order, which is currently due on July 28, 2025.

　　　To conserve resources and allow the parties to focus on potential resolution, the parties jointly request that the deadline for submitting the proposed Joint Pretrial Order be extended to 30 days following the Settlement Conference, should the matter not be resolved. This request is made in good faith and not for the purpose of delay.

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for filing the Joint Pretrial Order from July 28, 2025, to 30 days after the Settlement Conference, if the case is not resolved.

Respectfully submitted this 28th day of July 2025.

| | |
|---|---|
| LAIRD LAW, PLLC | SIGAL CHATTAH<br>United States Attorney |
| */s/Danial Laird*<br>DANIAL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>4175 S. Riley Street, Suite 102<br>Las Vegas, Nevada 89147 | */s/ Summer A. Johnson*<br>SUMMER A. JOHNSON<br>R. THOMAS COLONNA<br>Assistant United States Attorneys<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 7/29/2025