SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEIL ANDREW STICKNEY,<br><br>             Plaintiff,<br><br>       v.<br><br>THE UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 2:23-cv-01827-JAD-BNW<br><br>**Stipulation and Order to Reschedule Settlement Conference**<br><br>(First Request) |

Plaintiff Neil Andrew Stickney and Defendant United States of America, by and through their respective counsel of record, stipulate and respectfully request that the Court reschedule the settlement conference currently scheduled via Zoom on October 1, 2025, at 10:00 am before Magistrate Judge Brenda Weksler. ECF No. 21.

The parties, through undersigned counsel, respectfully request that the settlement conference is rescheduled for October 15, 2025, or on any date thereafter which fits the Court's schedule.

This rescheduling is necessary because counsel for the United States, to whom this case was reassigned on July 29, 2025, has a previously scheduled out of state medical appointment on October 1, 2025, which falls on the same date as the settlement conference. For this reason, the parties respectfully request that the Court reschedule the settlement conference currently set for October 1, 2025, at 10:00am, to either October 15, 2025, or on any date thereafter which fits the Court's schedule.

This is the first request to reschedule the settlement conference. This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 4th day of August 2025.

| | |
|---|---|
| LAIRD LAW, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Danial Laird*<br>DANIAL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>4175 S. Riley Street, Suite 102<br>Las Vegas, Nevada 89147 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

The settlement conference presently set for October 1, 2025, at 10:00 A.M. is CONTINUED to November 5, 2025, at 10:00 A.M. Confidential briefs due October 29, 2025, at 4:00 P.M. in accordance with the order scheduling settlement conference (ECF No. 21).

**UNITED STATES MAGISTRATE JUDGE**

DATED: August 8, 2025

2