SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEIL ANDREW STICKNEY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:23-cv-01827-JAD-BNW<br><br>**Stipulation and Order to Reschedule Settlement Conference and All Corresponding Deadlines**<br><br>(Second Request) |

Plaintiff Neil Andrew Stickney and Defendant United States of America, by and through their respective counsel of record, stipulate and respectfully request that the Court reschedule the settlement conference currently scheduled via Zoom[1] on November 5, 2025, at 10:00 am before Magistrate Judge Brenda Weksler. ECF No. 26. The parties, through undersigned counsel, respectfully request that the settlement conference be rescheduled for **February 3, 2025**, or on any date thereafter which fits the Court's schedule.

This rescheduling is necessary because of the ongoing government shutdown and corresponding government wide furloughs, which are circumstances outside of the parties' control. The parties anticipate this requested ninety-day extension will be sufficient for government funding and normal operations to resume.

This is the second request to reschedule the settlement conference. This stipulated request is filed in good faith and not for the purpose of undue delay.

---

[1] Subject to the Court's approval, Plaintiff requests, and the United States does not oppose, an in-person conference.

Respectfully submitted this 30th day of October 2025.

| | |
|---|---|
| LAIRD LAW, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Daniel Laird*<br>DANIEL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>4175 S. Riley Street, Suite 102<br>Las Vegas, Nevada 89147 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

The settlement conference presently set for November 5, 2025, at 10:00 A.M. is CONTINUED to February 4, 2026, at 10:00 A.M., **in-person**, at the Lloyd D George Federal Courthouse. Confidential briefs shall be written in accordance with the order scheduling settlement conference (ECF No. 21) and are due January 28, 2026, at 4:00 P.M. to judicial clerk **Kathryn Hayes** at **kathryn_hayes@nvd.uscourts.gov**.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**     October 30, 2025