TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEIL ANDREW STICKNEY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:23-cv-01827-JAD-BNW<br><br>**Stipulation and Order for Dismissal** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Neil Andrew Stickney and Defendant United States of America, by and through their respective counsel of record, stipulate to dismissal with prejudice, of all claims in the above-

//

//

//

//

//

//

styled action with each party to pay its own costs and attorney's fees.

Respectfully submitted this 24th day of April 2026.

LAIRD LAW, PLLC

*/s/ Daniel Laird*
DANIEL LAIRD, ESQ.
Nevada Bar No. 11831
4175 S. Riley Street, Suite 102
Las Vegas, Nevada 89147

*Attorney for Plaintiff*

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_______________________________
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _______________________